**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7368

KENYATTA EVERETT-DENROY FOGG-EL, unknown Everette Fogg,

              Plaintiff – Appellant,

        and

ANTOINE PERRY-BEY; KING HENRY JULIUS DUNN-EL,

              Plaintiffs,

        v.

TIMOTHY MCKOY; STATE OF NORTH CAROLINA,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:14-ct-03053-FL)

Submitted:  December 16, 2014       Decided:  December 19, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenyatta Everett-Denroy Fogg-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenyatta Everett-Denroy Fogg-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fogg-El v. McKoy, No. 5:14-ct-03053-FL (E.D.N.C. Aug. 15, 2014). We deny as unnecessary Fogg-El's motion for a certificate of appealability, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED